177 A.3d 116

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES WOODS, A/K/A AARON DAVIS AND JAMES GREEN, DEFENDANT-PETITIONER.

C–411 September Term 2017
079652

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004161–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

177 A.3d 117

BEAVER LAKE REALTY COMPANY, PLAINTIFF, v. NJ DEPARTMENT OF ENVIRONMENTAL PROTECTION, DEFENDANT-RESPONDENT.

M–422 September Term 2017
080162

December 8, 2017

ORDER

It is ORDERED that the motion of Robert Moss for leave to appeal is denied.